140 So. 585

## STATE v. T. Harvey WRIGHT, as Guardian of Jessie and Minnie Wright, Minors.

### 8 Div. 375.

Supreme Court of Alabama.
March 17, 1932.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., and Claud D. Scruggs, of Albertville, for the State.

T. Harvey Wright, of Guntersville, for appellee.

BROWN, J.

Reversed and remanded, with direction that the appellee's petition be dismissed, on the authority of State of Alabama v. T. Harvey Wright, as Guardian of Jeff H. King, ante, p. 357, 140 So. 584.

Reversed and remanded.

ANDERSON, C. J., and FOSTER and KNIGHT, JJ., concur.